UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA

    -AGAINST-

JOHN DUNN,
       Defendant.
----------------------------------------------------X

MATSUMOTO, District Judge

**ORDER OF REFERRAL**
11CR30(KAM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2011 ★
BROOKLYN OFFICE

The above-referenced criminal case is hereby referred to Magistrate Judge Ramon E. Reyes for the following purposes.

☐   1.     To conduct arraignments;

✓   2.     Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐   3.     With consent of the parties as indicated below, to select a jury of twelve with two alternates.

☐   4.     MOTION.

SO ORDERED.

                                          s/ KAM

                                          KIYO A. MATSUMOTO.
                                          United States District Judge

Dated:          Brooklyn, N.Y.
                September 27, 2011

***STIPULATED AND AGREED***, by and between the undersigned, counsel for respective parties:

                                          _____
                                          Defendant

Dated:          Brooklyn, N.Y.
                                          Bettina Schein
                                          Counsel for defendant

                                          _____
                                          Assistant U.S. Attorney

                                             s/ RER
                                         UNITED STATES MAGISTRATE JUDGE