U.S.M.J. RAMON E. REYES, Jr.                    DATE: **9/28/2011**
                                                Time: **12:30 PM - 1:00 PM**

## CRIMINAL CAUSE FOR PLEADING

<u>USA - v - RUSSO ET AL</u>          Docket No. **11-CR-30-(14) [RER]**

Defendant: **John Dunn**
        **X** present      ____ not present      ___Custody  **X** Bail

Def. Counsel:        **Bettina Schein, Esq.**
        **X** present      ____ not present      **X** RETAINED  __LAS   _CJA


AUSA : **Elizabeth Geddes/Allon Lifshitz**          Deputy: **M. Vertus**


Court Reporter:  **Marie Foley 718 613-2596**


_X_ Case Called
____ Defendant's First Appearance
____ Defendant: ____ Sworn ____ Arraigned ____ Informed of Rights
____ Waiver of Indictment Executed for Defendant
____ Superceding Indictment/Information Filed
____ Bench Warrant Issued:_____
_X_ **Defendant With draws Not Guilty Plea and Enters a Plea of Guilty to Count(s) 31 of the Indictment**
_X_ **Court Finds Factual Basis for the Plea**
_X_ **Sentencing is scheduled for April 2, 2012 at 11:00 a.m before Judge Matsumoto.**
_X_ **Bail/Bond: _X_ Continued for Defendant ____ Continued in Custody**
____ Case Adjourned to ____/____/____ at _____
_X_ **Court accepts the Plea of Guilty**.
_X_ **Transcript Ordered**:

_X_ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Pre-sentence Report (PSR). Defense counsel must respond to PSR within two weeks, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

_X_ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by **3/12/12,** with the government's **3/19/12,** reply by defendant, if any, shall be submitted and filed via ecf by **3/25/12.** The court respectfully request two hard courtesy copies of all sentencing submissions to be provided to chambers and one copy forwarded to the Probation Department.