# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK

BETTINA SCHEIN
OF COUNSEL

FACSIMILE: (212) 684-5259
asfuterfas@futerfaslaw.com

October 3, 2011

By ECF
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. John Dunn, et al, 11 CR 30 (KAM)

Dear Judge Matsumoto:

We are in receipt of Ms. Geddes' letter regarding conflicts dated September 26, 2011. As the Court is aware, Mr. Dunn pled guilty on Wednesday, September 28, 2011. I have no knowledge of any conflict with respect to my past representation of Messrs. Amato and Cappa but, in an abundance of caution, have no objection to a *Curcio* type proceeding for Mr. Dunn. Neither does Ms. Schein, who apparently stood in for Bruce Cutler, Esq., on behalf of Mr. McLaughlin about 15 years ago. We welcome an appearance before the Court with Mr. Dunn to conduct the relevant *Curcio* inquiry.

Thank you for your consideration of this matter.

Respectfully yours,

Alan S. Futerfas

cc:   AUSA Elizabeth Geddes