# LAW OFFICE OF SAM BRAVERMAN

901 Sheridan Avenue
Bronx, New York 10451
Tel (718) 293-1977
Fax (718) 293-5395
Braverlaw@aol.com

PO Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax: (201) 596 2724

Sam Braverman, Admitted NY & NJ
Giovanni Rosania, Admitted NY

December 1, 2011

*Via ECF*
Honorable Kiyo Matsumoto
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Russo, et. al. (John Dunn)
      Case No. 2011 Cr. 00030

Dear Judge Matsumoto:

   As the Court is aware, I was assigned CJA counsel to John Dunn for the *Curcio* hearing scheduled for tomorrow, December 2, 2011. I write to respectfully request an adjournment to next week as I am scheduled to attend a Death Penalty CLE for all CJA panel attorneys set for tomorrow at the US District Court for the Southern District of New York in Manhattan.

   I spoke with Mr. Dunn regarding this matter and he is ready to waive any *Curcio* issues. The Government believes the issues are waivable as well, and has no objection to this request.

   I am available any time next week however, since I will already be before Judge Irizarry this Monday, I respectfully request that the matter be scheduled for 11 am or 12 pm on Monday, December 5.

   Your consideration of the foregoing request is appreciated. If you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/Sam Braverman
Sam Braverman

Cc:   Elizabeth Geddes, AUSA