### ALAN S. FUTERFAS
ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK  
MATTHEW C. McCANN

BETTINA SCHEIN  
OF COUNSEL

FACSIMILE: (212) 684-5259  
asfuterfas@futerfaslaw.com

May 29, 2012

<u>*Via ECF*</u>

Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: <u>**United States v. John Dunn, et al, 11 CR 30 (KAM)**</u>

Dear Judge Matsumoto:

    We respectfully request permission on behalf of John Dunn to travel with his daughter to Lake George, New York from July 2 to July 8, 2012. Pre-trial services and the government consent to this request.

    Thank you for your consideration of this matter.

Respectfully yours,

Bettina Schein

cc:     Alfonso A. Fernandes, Pre-Trial Services  
         AUSA Allon Lifshitz