ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
MATTHEW C. McCANN

BETTINA SCHEIN
OF COUNSEL

FACSIMILE: (212) 684-5259
asfuterfas@futerfaslaw.com

July 13, 2012

*Via ECF*
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. John Dunn, et al, 11 CR 30 (KAM)*

Dear Judge Matsumoto:

This letter is respectfully submitted to request an adjournment of the sentencing date for defendant John Dunn from August 7, 2012, to any date in September that is convenient to Your Honor, excluding the Jewish holidays, which fall on September 17, 18, 25, and 26 of this year. Counsel was just recently provided with Mr. Dunn's Pre-Sentence Report and requires additional time to fully prepare for his upcoming sentencing. Additionally, this office has several scheduling conflicts which necessitate an adjournment. The government consents to this adjournment. Accordingly, I respectfully request that an adjournment for Mr. Dunn's sentencing be granted and that a new date be set.

Thank you for your consideration of this matter.

Respectfully yours,

Alan S. Futerfas

cc:    Alfonso A. Fernandes, Pre-Trial Services
       AUSA Allon Lifshitz